IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VITTORIO GINZBURG<br>*Plaintiff*<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC.:<br>*Defendant* | CIVIL ACTION<br><br>NO. 17-3384 |

## ORDER

**AND NOW**, this 19th day of January 2018, upon consideration of the *motion to dismiss* filed by Defendant Electrolux Home Products, Inc., ("Defendant"), [ECF 3], the response in opposition filed by Plaintiff Vittorio Ginzburg ("Plaintiff"), [ECF 4], Defendant's reply, [ECF 5], and the allegations in Plaintiff's complaint, [ECF 1], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion filed on this day, Defendant's motion to dismiss is **GRANTED**, as follows:

- Plaintiff's claims for negligence, negligent failure to warn, and strict product liability are **DISMISSED**, with prejudice.

- Plaintiff's claim for breach of express and implied warranties is **DISMISSED**, without prejudice. As to this specific claim *only*, Plaintiff may file an amended complaint consistent with this Court's Memorandum Opinion by no later than February 20, 2018.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*